UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ANDREY OSCAR ROQUE CRUZ,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Case No. 5:26-cv-01306-JWH-DFM

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. Good cause appearing therefor, it is hereby **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation[1] is **ACCEPTED** and **ADOPTED** in its entirety.

2. The Petition for a Writ of Habeas Corpus is **DENIED**.

3. This action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated: July 22, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

[1] Report and Recommendation [ECF No. 16].