JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ANDREY OSCAR ROQUE CRUZ,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Case No. 5:26-cv-01306-JWH-DFM

**JUDGMENT**

Pursuant to the "Order Accepting the Report and Recommendation of United States Magistrate Judge" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Petition for Writ of Habeas Corpus is **DENIED**.

2. This action is **DISMISSED without prejudice**.

3. Because the case arises under 28 U.S.C. § 2241 and does not attack a State court detention, no ruling on a certificate of appealability is required.[1]

**IT IS SO ORDERED.**

Dated: July 22, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1] *See* 28 U.S.C. § 2253(c)(1); *Harrison v. Ollison*, 519 F.3d 952, 958 (9th Cir. 2008).